# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| David Gasper**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00512-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| EIDP, Inc. | ) | |
| The Pension and Retirement Plan | | |
| Corteva, Inc. | | |
| The Benefit Plans Administrative | | |
| Committee**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2024 Order.

August 28, 2024

Katherine Hord Simon, Clerk
United States District Court